IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES A. BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv172-F |
| | ) | |
| ANTHONY CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On June 21, 2005, the Magistrate Judge filed a Recommendation [Doc. #13] in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this court.

Done this the 27th day of July, 2005.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE